UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-2118-1

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Emma G. Gargano** | ) | |

On October 8, 2014, Emma G. Gargano appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired (Level 4) in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on August 14, 2015, the court finds as a fact that Emma G. Gargano, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

Dated: August 17, 2015

_____
Robert T. Numbers, II
United States Magistrate Judge